Elizabeth A. Mello  (SBN 244401)
**WEBB & WALTON, LLP**
466 W. Fallbrook Ave. Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 570-0488
Email: E Mello@WebbWalton.com

Attorney for Plaintiffs,
CHANG BEE YANG and LAU YANG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHANG BEE YANG ,an individual; and LAU YANG, an individual,<br><br>                Plaintiffs,<br><br>        vs.<br><br>SUN TRUST MORTGAGE, INC., a Virginia Corporation; and Does 1 through 25, inclusive,<br><br>                Defendants. | CASE  NO. 1:10-CV-01541-AWI-SKO<br><br>**STIPULATION TO CONTINUE HEARING**<br><br>Hearing Date: December 13, 2010<br>Time:  1:30 p.m.<br>Dept:  2<br>Judge: Hon. Anthony W. Ishii<br><br>Proposed Date: January 10, 2011<br>Time: 1:30 p.m. |

**STIPULATION TO CONTINUE HEARING**

Plaintiffs, CHANG BEE YANG AND LAU YANG ("**Plaintiffs**"), and Defendant, SUN TRUST MORTGAGE, INC. ("**Defendant**"), hereby stipulate to continue Defendant's Motion to Dismiss (F.R.C.P. § 12(b)(c)) that is currently scheduled for December 13, 2010 at 1:30 p.m. Accordingly, the undersigned counsels of record request that the Court reschedule the hearing date for January 10, 2011 at 1:30 p.m.

Furthermore, the Parties stipulate that the original briefing schedule remain undisturbed and unaffected as if the above-mentioned motion were to be heard on December 13, 2010.  Therefore, Plaintiff's written opposition to Defendant's Motion to Dismiss, if any,

will be due to be filed and served by November 29, 2010; Defendant's reply to Plaintiff's opposition, if any, shall be due to be filed and served by December 6, 2010.

Dated: _____, 2010     **WEBB & WALTON, LLP**

By_____
   ELIZABETH A. MELLO
   Attorney for Plaintiffs
   CHANG BEE YANG, an Individual; and
   LAU YANG, an individual

Dated: _____, 2010     SEVERSON & WERSON

By_____
   Austin B. Kenney
   Attorneys for Defendant
   SUNTRUST MORTGAGE, INC.

**ORDER**

IT IS SO ORDERED.

Dated:   November 22, 2010        /s/ signature
                                        CHIEF UNITED STATES DISTRICT JUDGE