IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUN TRUST MORTGAGE, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | 1:10-CV-1:10-CV-1541 AWI SKO<br><br>ORDER VACATING JANUARY 10, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendant's motion to dismiss has been set for hearing in this case on January 10, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 10, 2010, is VACATED, and the parties shall not appear at that time. As of January 10, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　January 7, 2011　　　　　　　　　　　　　　　　　　/s/ signature

　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE