JOHN B. SULLIVAN (State Bar No. 96742)
AUSTIN B. KENNEY (State Bar No. 242277)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.,
erroneously sued herein as SUN TRUST
MORTGAGE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SUN TRUST MORTGAGE, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.:  1:10-cv-01541-AWI-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND RELATED DATES**<br><br>Hearing Date: February 10, 2011<br>Time:  9:30 a.m.<br>Dept.:  8<br>Judge:  Hon. Sheila K. Oberto<br><br>Proposed Date:  April 11, 2011<br>Time:  9:30 a.m. |

Plaintiffs, CHANG BEE YANG AND LAU YANG, and defendant, SUNTRUST MORTGAGE, INC., erroneously sued herein as SUN TRUST MORTGAGE, INC., hereby stipulate to continue the Mandatory Scheduling Conference that is currently scheduled for February 10, 2011 at 9:30 a.m. for approximately sixty (60) days, to a date not earlier than April 11, 2011.  The parties also stipulate to continue all related dates specified by Federal Rules of Civil Procedure, rule 26, to coincide with the new conference date.

The parties believe it is premature to hold a Scheduling Conference because the Court still has not issued a ruling on SunTrust's Motion to Dismiss.  The Motion was set for hearing on January 10, but the hearing was vacated and the Court took the matter under submission.

The parties cannot reasonably meet and confer as required by Rule 26(f) until the case is at issue.  Once the Court rules on the Motion to Dismiss, plaintiffs may need to file an amended pleading, to which SunTrust will need to respond.  Additional parties might also be brought into the case at that point.  Thus, the case will not be at issue, if at all, at least until the Court rules on the Motion to Dismiss.  The parties believe that a continuance of approximately sixty days should be sufficient to allow the Court issue a ruling on the Motion to Dismiss, for the parties.  to meet and confer as required by Rule 26(f) and to make Initial Disclosures as required by Rule 26(a).

Dated:  February 1, 2011                         SEVERSON & WERSON
                                                 A Professional Corporation


                                                          /s/
                                                 BY:_____
                                                     John B. Sullivan, Esq.
                                                     Austin B. Kenney, Esq.

                                                 Attorneys for Defendants
                                                 SUNTRUST MORTGAGE, INC., erroneously
                                                 sued herein as SUN TRUST MORTGAGE, INC.


Dated:  2/1/11                                   WEBB & WALTON, LLP


                                                          /s/
                                                 BY:_____
                                                     Elizabeth A. Mello, Esq.
                                                     Attorneys for Plaintiffs
                                                     CHANG BEE YANG and LAU YANG

It is HEREBY ORDERED THAT:

(1) The current scheduling conference set for February 10, 2011 is VACATED: and

(2) The scheduling conference is RESET to **April 26, 2011 at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  **February 2, 2011**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

- 2 -

11950/0069/853472.1                              STIPULATION TO CONTINUE MANDATORY SCHEDULING
                                                 CONFERENCE AND RELATED DATES; Case No.: 1:10-cv-01541-AWI-SKO