1  JOHN B. SULLIVAN (State Bar No. 96742)
   AUSTIN B. KENNEY (State Bar No. 242277)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendant
6  SUNTRUST MORTGAGE, INC.,
   erroneously sued herein as SUN TRUST
7  MORTGAGE, INC.

8                   UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | CHANG BEE YANG, an individual; and LAU YANG, an individual, | Case No.: 1:10-cv-01541-AWI-SKO |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND RELATED DATES** |
| vs. | |
| SUN TRUST MORTGAGE, INC., a Virginia corporation; and DOES 1 through 25, inclusive, | Hearing Date:  April 26, 2011<br>Time:  9:30 a.m.<br>Dept.:  8<br>Judge:  Hon. Sheila K. Oberto |
| Defendants. | Proposed Date:  July 19, 2011<br>Time:  9:30 a.m. |

///

///

///

///

///

///

///

///

///

---

11950/0069/905764.1            STIPULATION AND [PROPOSED] ORDER FOR CONTINUE OF
                      MANDATORY SCHEDULING CONFERENCE AND RELATED DATES; Case
                                        No.: 1:10-cv-01541-AWI-SKO

TO THE U.S. MAGISTRATE JUDGE:

Plaintiffs, CHANG BEE YANG AND LAU YANG, and defendant, SUNTRUST MORTGAGE, INC., erroneously sued herein as SUN TRUST MORTGAGE, INC., hereby stipulate to continue the Mandatory Scheduling Conference that is currently scheduled for April 26, 2011 at 9:30 a.m. to July 19, 2011 at 9:30 a.m..  The parties also stipulate to continue all related dates specified by Federal Rules of Civil Procedure, rule 26, to coincide with the new conference date.

The parties believe there is good cause to continue the Scheduling Conference because the case is still not at issue.  SunTrust filed a Motion to Dismiss in response to plaintiffs' original Complaint.  The Motion was set for hearing on January 10, but the Court took the matter under submission and did not issue a ruling until March 15.  The Court granted SunTrust's Motion as to all causes of action, albeit with leave to amend in some respects.  The Court gave plaintiffs thirty days in which to file an amended complaint.  As of the date of this Stipulation, the time for plaintiffs to file an amended complaint had not yet expired.  If plaintiffs file an amended complaint, SunTrust will still have twenty-one days in which to respond.  Thus, the case will not be at issue, if at all, until <u>after</u> the scheduled Mandatory Scheduling Conference.

The parties cannot reasonably meet and confer as required by Rule 26(f) until the case is at issue.  If plaintiffs file an amended pleading, SunTrust will need to respond.  Additional parties could be brought into the case at that point.

Moreover, since the inception of this case, the parties have had informal settlement discussions, which are ongoing.  The parties would like additional time to continue these discussions.

In any event, due to scheduling conflicts, counsel for SunTrust will not be available on April 26.  On April 1, counsel inquired as to the Court's next available dates, which were June 2 and June 23.  Unfortunately, counsel for plaintiffs will not be available on June 2, and counsel for SunTrust will not be available on June 23.  July 19 is the first mutually-available date that is open for the Court.

///

11950/0069/905764.1

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND RELATED DATES; Case No.:  1:10-cv-01541-AWI-SKO

The parties stipulate to continue the Mandatory Scheduling Conference to July 19, 2011 at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO STIPULATED.

Dated:  4/5/11                                      SEVERSON & WERSON
                                                    A Professional Corporation


                                                             /s/
                                                    BY:_____
                                                        John B. Sullivan, Esq.
                                                        Austin B. Kenney, Esq.

                                                        Attorneys for Defendants
                                                        SUNTRUST MORTGAGE, INC., erroneously
                                                        sued herein as SUN TRUST MORTGAGE, INC.


Dated:  April 5, 2011                               WEBB & WALTON, LLP


                                                             /s/
                                                    BY:_____
                                                        Amy R. Lovegren-Tipton, Esq.

                                                        Attorneys for Plaintiffs
                                                        CHANG BEE YANG and LAU YANG

**ORDER**

The Court HEREBY ORDERS THAT that the Mandatory Scheduling Conference currently set for April 26, 2011, is VACATED and RESET for July 19, 2011, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

   Dated:   **April 6, 2011**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

- 3 -
11950/0069/905764.1                     STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF
                                        MANDATORY SCHEDULING CONFERENCE AND RELATED DATES;
                                                        Case No.:  1:10-cv-01541-AWI-SKO