# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SUN TRUST MORTGAGE, INC., a Virginia Corporation, and Does 1 through 25, inclusive,<br><br>　　　　　Defendants. | NO. 1:10-CV-01541 AWI SKO<br><br>ORDER DISMISSING CAUSES OF ACTION AND DEFENDANT MICHAEL J. CARTER, AND EXTENDING TIME TO FILE A RESPONSIVE PLEADING |

Pursuant to the parties' April 21, 2010 stipulation:

WHEREAS, Plaintiffs CHANG BEE YANG and LAU YANG have agreed to dismiss Defendant MICHAEL J. CARTER from this action;

WHEREAS, Plaintiffs CHANG BEE YANG and LAU YANG have agreed to grant an extension of time by which Defendant SUNTRUST MORTGAGE, INC., has to respond to the above-entitled action;

IT IS HEREBY ORDERED:

1. Cause of action number 24 for Unfair Business Practices in Violation of California Business and Professions Code Section 17200; cause of action number 25 for Civil Conspiracy; cause of action number 26 for Conversion; cause of action number 27 for Declaratory Relief; cause of action number 28 for Accounting; cause of action number 29

1 | for Intentional Infliction of Emotional Distress; and cause of action number 30 for Breach
2 | of Written Contract are DISMISSED.
3 | 2. Defendant MICHAEL J. CARTER is DISMISSED from this action.
4 | 3. Defendant SUN TRUST MORTGAGE, INC., shall have up to and including May 9, 2011
5 | to file a responsive pleading.

IT IS SO ORDERED.

Dated:  May 11, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2