IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUN TRUST MORTGAGE, INC., a VIRGINIA CORPORATION; and DOES 1 through 25, inclusive,<br><br>    Defendants. | 1:10-CV-01541 AWI SKO<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND VACATING JUNE 27, 2011 HEARING DATE<br><br>[Doc. #28] |

    Currently pending before this Court is Defendant Suntrust Mortgage, Inc's ("Suntrust") motion to dismiss Plaintiffs' First Amended Complaint. (Doc. #28.) This motion is set for hearing on June 27, 2011, at 1:30 p.m. in Courtroom 2. On June 14, 2011, the Magistrate Judge granted Plaintiffs' motion to amend the First Amended Complaint. (Doc. #35.) Plaintiffs filed a Second Amended Complaint on June 15, 2011. (Doc. #36.)

    In light of Plaintiffs filing a Second Amended Complaint, Suntrust's motion to dismiss Plaintiffs' First Amended Complaint is DENIED as moot. IT IS HEREBY ORDERED that the previously set hearing date of June 27, 2011, is VACATED, and the parties shall not appear at that time.

 IT IS SO ORDERED.

Dated:   June 20, 2011

                                              CHIEF UNITED STATES DISTRICT JUDGE