IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SUN TRUST MORTGAGE, INC., a VIRGINIA CORPORATION, et al.<br><br>　　　　Defendants. | 1:10-CV-01541 AWI SKO<br><br>ORDER VACATING AUGUST 22, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Currently pending before the Court is Defendant Suntrust Mortgage, Inc's motion to dismiss Plaintiffs' Second Amended Complaint.  This motion is set for hearing on August 22, 2011, at 1:30 p.m. in Courtroom 2.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 22, 2011, is VACATED, and the parties shall not appear at that time.  As of August 22, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　August 17, 2011　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE