# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG BEE YANG, et al., | CASE NO. 1:10-cv-01541-AWI-SKO |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' STIPULATED REQUEST FOR A CONTINUANCE OF THE SCHEDULING CONFERENCE** |
| v. | |
| SUN TRUST MORTGAGE, INC., a Virginia Corporation; and Does 1 through 25 inclusive, | |
| Defendants. | (Docket No. 55) |

On September 27, 2011, the parties filed a stipulated request to continue the scheduling conference currently set for October 13, 2011, to January 10, 2012. (Doc. 55.) The parties provided no explanation regarding why a three-month continuance of the scheduling conference is necessary. Although Plaintiffs' Third Amended Complaint ("TAC") was filed on September 21, 2011, and a responsive pleading has not yet been filed, it is premature to continue the scheduling conference for such an extensive period of time, particularly in light of the fact that this case has been pending for over a year.

To allow sufficient time for Defendant to file a responsive pleading to Plaintiffs' TAC, the Court will grant the parties' request for a short continuance. Should the need arise for an additional continuance of the scheduling conference, the parties may request one at that time. Such a request

should set forth reasons for any continuance sought.

      Accordingly, IT IS HEREBY ORDERED that:

1.     The parties' stipulated request for a continuance of the scheduling conference is GRANTED IN PART and DENIED IN PART; and

2.     The scheduling conference currently set for October 13, 2011, is VACATED and RESET to **November 15, 2011, at 9:45 a.m.**

IT IS SO ORDERED.

**Dated:  September 29, 2011**        /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE