IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUN TRUST MORTGAGE, INC., a VIRGINIA CORPORATION, et al.<br><br>　　　　Defendants. | 1:10-CV-01541 AWI SKO<br><br>ORDER VACATING NOVEMBER 21, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Currently pending before the Court is Defendant Suntrust Mortgage, Inc's motion to dismiss Plaintiffs' Third Amended Complaint. This motion is set for hearing on November 21, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 21, 2011, is VACATED, and the parties shall not appear at that time. As of November 21, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　November 16, 2011　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE