JOHN B. SULLIVAN (State Bar No. 96742)
AUSTIN B. KENNEY (State Bar No. 242277)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.,
erroneously sued herein as SUN TRUST
MORTGAGE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>            Plaintiffs,<br><br>   vs.<br><br>SUN TRUST MORTGAGE, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.:  1:10-cv-01541-AWI-SKO<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

TO THE U.S. MAGISTRATE JUDGE:

Plaintiffs, CHANG BEE YANG and LAU YANG ("Plaintiffs"), and defendant, SUNTRUST MORTGAGE, INC. ("SunTrust"), erroneously sued herein as SUN TRUST MORTGAGE, INC., hereby stipulate to modify the Scheduling Order entered by the Court on January 17, 2012, and to amend the Stipulation filed by the parties on June 5, 2012 as follows:

- Continue the deadline to complete all discovery pertaining to non-experts from 7/10/2012 to 8/3/2012;

11950.0069/2236552.1

- Continue the deadline to complete all discovery pertaining to experts from 8/20/2012 to 9/5/2012;
- Continue the deadline to disclose all expert witnesses from 7/16/2012 to 8/6/2012;
- Continue the deadline to disclose all rebuttal experts from 7/31/2012 to 8/20/2012;
- Continue the deadline for filing non-dispositive motions, including discovery motions, from 8/27/12 to 9/5/12;
- Agree that the moving party will waive the right to file a reply brief for any non-dispositive motion, including any discovery motion, filed between 8/27/12 and 9/5/12, and that the last day to oppose such a motion shall be 9/19/12; and
- Agree that service by email of any non-dispositive motions through the Court's electronic filing system will be deemed effective as of the date of filing and the deadline to respond shall not be further extended.

The parties have reached agreement on these proposed new dates after meeting and conferring in good faith by and through their counsel of record with an eye to accommodating scheduling conflicts and to ensuring all parties' full attention and availability throughout the discovery process, and they respectfully request that the Scheduling Conference be modified accordingly.

IT IS SO STIPULATED.

Dated:  June 7, 2012                    SEVERSON & WERSON
                                        A Professional Corporation


                                              /s/ *Austin B. Kenney*
                                        BY:_____
                                              John B. Sullivan, Esq.
                                              Austin B. Kenney, Esq.

                                        Attorneys for Defendants
                                        SUNTRUST MORTGAGE, INC., erroneously
                                        sued herein as SUN TRUST MORTGAGE, INC.

Dated:  June 7, 2012              PERKINS, MANN & EVERETT
                                  A Professional Corporation


                                          /s/ *Robert W. Branch*
                              BY:_____
                                      Robert W. Branch, Esq.

                                  Attorneys for Plaintiffs
                                  CHANG BEE YANG and LAU YANG


**ORDER**

IT IS SO ORDERED.

   Dated:   **June 11, 2012**                **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE