1  JOHN B. SULLIVAN (State Bar No. 96742)
   AUSTIN B. KENNEY (State Bar No. 242277)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendant
6  SUNTRUST MORTGAGE, INC.,
   erroneously sued herein as SUN TRUST
7  MORTGAGE, INC.

8

9

10

11
                    UNITED STATES DISTRICT COURT
12
              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
13

14

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual, | Case No.:  1:10-cv-01541-AWI-SKO |
| Plaintiffs, | **AMENDED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| vs. | |
| SUN TRUST MORTGAGE, INC., a Virginia corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

TO THE U.S. MAGISTRATE JUDGE:

Plaintiffs, CHANG BEE YANG and LAU YANG ("Plaintiffs"), and defendant, SUNTRUST MORTGAGE, INC. ("SunTrust"), erroneously sued herein as SUN TRUST MORTGAGE, INC., hereby stipulate to modify the Scheduling Order entered by the Court on January 17, 2012, and to amend the Stipulation filed by the parties on June 5, 2012 as follows:

- Continue the deadline to complete all discovery pertaining to non-experts from 7/10/2012 to 8/3/2012;

11950.0069/2236552.1

- Continue the deadline to complete all discovery pertaining to experts from 8/20/2012 to 9/5/2012;
- Continue the deadline to disclose all expert witnesses from 7/16/2012 to 8/6/2012;
- Continue the deadline to disclose all rebuttal experts from 7/31/2012 to 8/20/2012;
- Continue the deadline for filing non-dispositive motions, including discovery motions, from 8/27/12 to 9/5/12;
- Agree that the moving party will waive the right to file a reply brief for any non-dispositive motion, including any discovery motion, filed between 8/27/12 and 9/5/12, and that the last day to oppose such a motion shall be 9/19/12; and
- Agree that service by email of any non-dispositive motions through the Court's electronic filing system will be deemed effective as of the date of filing and the deadline to respond shall not be further extended.

The parties have reached agreement on these proposed new dates after meeting and conferring in good faith by and through their counsel of record with an eye to accommodating scheduling conflicts and to ensuring all parties' full attention and availability throughout the discovery process, and they respectfully request that the Scheduling Conference be modified accordingly.

IT IS SO STIPULATED.

Dated:  June 7, 2012

SEVERSON & WERSON
A Professional Corporation

BY: /s/ *Austin B. Kenney*
_____
John B. Sullivan, Esq.
Austin B. Kenney, Esq.

Attorneys for Defendants
SUNTRUST MORTGAGE, INC., erroneously sued herein as SUN TRUST MORTGAGE, INC.

Dated: June 7, 2012          PERKINS, MANN & EVERETT
                             A Professional Corporation


                                    /s/ *Robert W. Branch*
                             BY:_____
                                  Robert W. Branch, Esq.

                                  Attorneys for Plaintiffs
                                  CHANG BEE YANG and LAU YANG


**ORDER**

IT IS SO ORDERED.

   Dated:   **June 11, 2012**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE