**Douglas V. Thornton #154956**
**Robert W. Branch #154963**
**PERKINS, MANN & EVERETT, INC.**
**7815 N. Palm Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 447-5700**
**Facsimile (559) 447-5600**

Attorneys for: Plaintiffs CHANG BEE YANG, an individual; and LAU YANG, an individual

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUN TRUST MORTGAGE, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 1:10-cv-01541-AWI-SKO<br><br>**STIPULATION TO EXTEND TIME BEYOND DISCOVERY CUT-OFF TO TAKE THE DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE OF SUNTRUST MORTGAGE; ORDER THEREON** |

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, through their undersigned counsel of record, as follows:

1. That the discovery cut-off date of August 3, 2012, be continued to August 8, 2012, solely to allow for the taking of the deposition of the person most knowledgeable of SunTrust Mortgage by Plaintiffs on that date; and

///
///
///
///
///

PERKINS, MANN & EVERETT, APC

1

Stipulation to Extend Time Beyond Discovery Cut-Off to
Take the Deposition of the Person Most Knowledgeable of SunTrust Mortgage

2. That the PMK for SunTrust Mortgage will be made available for said deposition on August 8, 2012, in Fresno, California, and such deposition will be completed on that date.

Dated: July 19, 2012						PERKINS, MANN & EVERETT, INC.

							By:     /s/ Robert W. Branch
							    Robert W. Branch,
							    Attorneys for Plaintiffs CHANG BEE YANG,
							    an individual; and LAU YANG, an individual

Dated: July 19, 2012						SEVERSON & WERSON

							By:     /s/ Austin B. Kenney
							    Austin B. Kenney,
							    Attorneys for Defendant SUNTRUST
							    MORTGAGE, INC.

**ORDER**

IT IS SO ORDERED.

   Dated:   **July 20, 2012**				     **/s/ Sheila K. Oberto**
							UNITED STATES MAGISTRATE JUDGE

PERKINS, MANN & EVERETT, APC

2

**Stipulation to Extend Time Beyond Discovery Cut-Off to
Take the Deposition of the Person Most Knowledgeable of SunTrust Mortgage**