# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG BEE YANG, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SUN TRUST MORTGAGE, INC.,<br><br>          Defendant.<br>_____/ | CASE NO. 1:10-cv-01541-AWI-SKO<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SUBSTITUTE ATTORNEY OF RECORD**<br><br>(Docket No. 78) |

On July 17, 2012, Plaintiffs Chang Bee Yang and Lau Yang ("Plaintiffs") filed a request to substitute their current counsel of record, Douglas V. Thornton, Esq., of the law firm Perkins, Mann & Everett, and represent themselves *in propria persona*. (Doc. 78.) Counsel Robert W. Branch, Esq., of the law firm Perkins, Mann & Everett, agreed to this substitution. (Doc. 78.)

The Court's current information indicates that both Mr. Thornton and Mr. Branch represent Plaintiffs. It is apparent that Plaintiffs are seeking to substitute themselves *in propria persona* in place of all attorneys from the law firm of Perkins, Mann & Everett. As such, Mr. Thornton and Mr. Branch will be terminated as counsel of record for Plaintiffs and Plaintiffs will be substituted as representing themselves *in propria persona*.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' substitution request is GRANTED;
2. Counsel Robert Branch, Esq., and Douglas Thornton, Esq., are terminated as Plaintiffs' counsel of record;

3. Plaintiffs Chang Bee Yang and Lau Yang are substituted as representing themselves *in propria persona*; and

4. The Clerk of Court is DIRECTED to serve this order on Plaintiffs at 10966 E. Promontory Way, Clovis, CA 93619.

IT IS SO ORDERED.

Dated: July 20, 2012           /s/ Sheila K. Oberto
                               UNITED STATES MAGISTRATE JUDGE