1  JOHN B. SULLIVAN (State Bar No. 96742)
   AUSTIN B. KENNEY (State Bar No. 242277)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendant
6  SUNTRUST MORTGAGE, INC.,
   erroneously sued herein as SUN TRUST
7  MORTGAGE, INC.

8                    UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | CHANG BEE YANG, an individual; and LAU YANG, an individual, | Case No.: 1:10-cv-01541-AWI-SKO |
|---|---|
| Plaintiffs, | **STIPULATION AND REQUEST TO CONTINUE DEADLINE TO FILE DISMISSAL DOCUMENTS AND ORDER THEREON** |
| vs. | (Docket No. 96) |
| SUN TRUST MORTGAGE, INC., a Virginia corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

          TO THE U.S. MAGISTRATE JUDGE:

          Plaintiffs CHANG BEE YANG and LAU YANG ("Plaintiffs") and defendant

SUNTRUST MORTGAGE, INC. ("SunTrust") hereby stipulate and request that the deadline for

the parties to file their dismissal documents be continued from October 5, 2012 to October 12,

2012, or until such later date as the Court deems appropriate.  This stipulation is based upon the

following showing of good cause:

                              **RECITALS**
          1.     The parties have reached a settlement of this case and case number 1:12-cv-00990-

AWI-SKO, the terms of which were stated on the record on September 17, 2012.

11950.0069/2410331.1

2.     The Court issued a Minute Order on September 18, 2012 as follows: "So long as the agreed-upon conditions to the settlement are timely fulfilled, the parties shall file their dismissal documents in both actions by no later than 10/5/2012. Should the parties require additional time to complete the settlement conditions, they may request an extended deadline to file dismissal documents."

3.     The agreed-upon conditions to the settlement have not yet been fulfilled, but the parties expect that the conditions will be fulfilled by October 12, 2012.  Thus, the parties stipulate and request that the deadline for the parties to file their dismissal documents be continued from October 5, 2012 to October 12, 2012, or until such later date as the Court deems appropriate

IT IS SO STIPULATED.

Dated:  October 4, 2012                             /s/ *Chang Bee Yang*
                                                BY:_____
                                                    Chang Bee Yang, Plaintiff, *Pro Se*


Dated:  October 4, 2012                             /s/ *Lau Yang*
                                                BY:_____
                                                    Lau Yang, Plaintiff, *Pro Se*


Dated:  October 4, 2012                         SEVERSON & WERSON
                                                A Professional Corporation

                                                    /s/ *Austin B. Kenney*
                                                BY:_____
                                                    Austin B. Kenney, Esq.

                                                Attorneys for Defendants
                                                SUNTRUST MORTGAGE, INC.

///

///

///

///

///

## ORDER

Pursuant to the above stipulation, the deadline for the parties to file their dismissal documents is continued from October 5, 2012, to October 12, 2012.

IT IS SO ORDERED.

Dated:   **October 4, 2012**                          **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE